UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GRIFFITH, PATRICIA E | ) | Case No. 05-41216-CAD |
| | ) | |
| | ) | Hon. CAROL A. DOYLE |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE CAROL A. DOYLE

NOW COMES BARRY A. CHATZ, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,880.12 as compensation and $28.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $21,301.15. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,630.12 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION | $2,880.12 |

### II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies<br>280 at $0.10<br>280 COPIES @ $.10 EACH | $28.00 |
| TOTAL EXPENSES | $28.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by

the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: July 14, 2010

/s/ Barry A. Chatz, Trustee
SIGNATURE

120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606-0000
ADDRESS