## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| GRIFFITH, PATRICIA E § | Case No. 05-41216 |
| § | |
| Debtor(s) § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/14/2010 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/26/2010     By: /s/ Barry A. Chatz, Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606-0000

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dpruitt              Page 1 of 1                   Date Rcvd: Jul 27, 2010
Case: 05-41216                 Form ID: pdf006            Total Noticed: 12

The following entities were noticed by first class mail on Jul 29, 2010.
db           +Patricia E Griffith,    1430 N Dearborn #514,    Chicago, IL 60610-1528
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,   Suite 1442,
               Chicago, IL 60604-3536
aty          +James Hausler,    Gregory K Stern PC,    53 W Jackson Blvd Suite 1442,   Chicago, IL 60604-3536
aty          +Melvin J Kaplan,    Melvin J Kaplan & Associates,    55 E Jackson Blvd Suite 650,
               Chicago, IL 60604-4457
tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
9914182       Carson Pirie Scott,    P.O. Box 17633,    Baltimore, MD 21297-1633
10010434     +Carson's,    c/o Nancy Jasinski,    140 Industrial Drive,   Elmhurst, IL 60126-1602
11037337     +Citibank ( South Dakota ) N.A.,    DBA: SEARS,    POB 182149,   Columbus, OH 43218-2149
10987236     +SMC c/o HSBC Bank Nevada, NA - Carson Pirie Scott,     P.O. Box 19249,   Sugar Land, TX 77496-9249
9914183      +Sears,    P.O. Box 182156,    Columbus, OH 43218-2156
10010435     +Sears RCCOC 8602,    POB 3671,   Des Moines, IA 50323-0671
The following entities were noticed by electronic transmission on Jul 27, 2010.
9914184      +E-mail/Text: bkr@cardworks.com                           Spiegel,    P.O. Box 5811,
               Hicksville, NY 11802-5811
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Lonny Ben Ogus,   0, IL 60600
9914181      ##Capital One,   P.O. Box 790216,   Saint Louis, MO 63179-0216
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**            **Signature:** _Joseph Speetjens_