UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GRIFFITH, PATRICIA E § Case No. 05-41216
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 650.00 *(Without deducting any secured claims)* | Assets Exempt: 1,700.00 |
| Total Distributions to Claimants: 4,823.50 | Claims Discharged Without Payment: 5,706.97 |
| Total Expenses of Administration: 16,477.65 | |

3) Total gross receipts of $ 23,001.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,700.00 (see **Exhibit 2**), yielded net receipts of $ 21,301.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 17,686.65 | 16,477.65 | 16,477.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | NA | 10,530.47 | 10,530.47 | 4,823.50 |
| TOTAL DISBURSEMENTS | $ NA | $ 28,217.12 | $ 27,008.12 | $ 21,301.15 |

4) This case was originally filed under chapter 7 on 09/28/2005 . The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2010           By:/s/BARRY A. CHATZ
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LITIGATION | 1149-000 | 23,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.15 |
| **TOTAL GROSS RECEIPTS** | | **$23,001.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| United States Bankruptcy Court | Exemptions | 8100-002 | 1,700.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,700.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,880.12 | 2,880.12 | 2,880.12 |
| BARRY A. CHATZ | 2200-000 | NA | 28.00 | 28.00 | 28.00 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 7,108.74 | 5,900.00 | 5,900.00 |
| LONNY BEN OGUS | 3210-000 | NA | 7,666.65 | 7,666.65 | 7,666.65 |
| GREGORY K. STERN, P.C. | 3220-000 | NA | 1.54 | 1.28 | 1.28 |
| LONNY BEN OGUS | 3220-000 | NA | 1.60 | 1.60 | 1.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 17,686.65 | $ 16,477.65 | $ 16,477.65 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CAPITAL ONE | 7100-000 | NA | 5,006.10 | 5,006.10 | 2,293.05 |
| 000002 | CITIBANK ( SOUTH DAKOTA ) N.A. | 7100-000 | NA | 4,453.22 | 4,453.22 | 2,039.81 |
| 000001 | SMC C/O HSBC BANK NEVADA, NA - CARS | 7100-000 | NA | 1,071.15 | 1,071.15 | 490.64 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 10,530.47 | $ 10,530.47 | $ 4,823.50 |

Page: 1
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 05-41216 CAD Judge: CAROL A. DOYLE
Case Name: GRIFFITH, PATRICIA E

For Period Ending: 10/27/10

Trustee Name: BARRY A. CHATZ
Date Filed (f) or Converted (c): 09/28/05 (f)
341(a) Meeting Date: 11/07/05
Claims Bar Date: 01/17/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT<br>Harris Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 2. HOUSEHOLD GOODS AND FURNISHINGS | 200.00 | 0.00 | DA | 0.00 | FA |
| 3. WEARING APPAREL | 350.00 | 0.00 | DA | 0.00 | FA |
| 4. LITIGATION<br>pending age discrimination suit against Beef and Brandy | Unknown | 5,800.00 | | 23,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.15 | FA |

TOTALS (Excluding Unknown Values) $650.00 $5,800.00 $23,001.15

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiatted settlement in the debtor's pending age discrimination suit. All assets administered.

Initial Projected Date of Final Report (TFR): 09/30/08    Current Projected Date of Final Report (TFR): 09/30/10

LFORM1    UST Form 101-7-TDR (10/1/2010) (Page: 6)    Ver: 16.00a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 05-41216 -CAD |
|---|---|
| Case Name: | GRIFFITH, PATRICIA E |
| Taxpayer ID No: | ******9777 |
| For Period Ending: | 10/27/10 |

| Trustee Name: | BARRY A. CHATZ |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0119 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/10 | 4 | ALSJ, INC. | LITIGATION SETTLEMENT | 1149-000 | 23,000.00 | | 23,000.00 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 23,000.32 |
| 04/12/10 | | Transfer to Acct #*******0193 | Bank Funds Transfer | 9999-000 | | 7,668.25 | 15,332.07 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 15,332.52 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,332.90 |
| 06/01/10 | | Transfer to Acct #*******0193 | Final Posting Transfer | 9999-000 | | 15,332.90 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 23,001.15 | 23,001.15 |
| Less: Bank Transfers/CD's | 0.00 | 23,001.15 |
| Subtotal | 23,001.15 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 23,001.15 | 0.00 |

Net 0.00

Page Subtotals    23,001.15    23,001.15

LFORM24    UST Form 101-7-TDR (10/1/2010) (Page: 7)    Ver: 16.00a

Page: 2
Exhibit 9

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-41216 -CAD
Case Name: GRIFFITH, PATRICIA E
Taxpayer ID No: *******9777
For Period Ending: 10/27/10

Trustee Name: BARRY A. CHATZ
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******0193 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/12/10 | | Transfer from Acct #*******0119 | Bank Funds Transfer | 9999-000 | 7,668.25 | | 7,668.25 |
| 04/12/10 | 003001 | LONNY BEN OGUS | ATTORNEY FOR TRUSTEE | 3210-000 | | 7,666.65 | 1.60 |
| | | | SPECIAL COUNSEL TO PROSECUTE DISCRIMINATION CASE | | | | |
| 04/12/10 | 003002 | LONNY BEN OGUS | ATTORNEY FOR TRUSTEE | 3220-000 | | 1.60 | 0.00 |
| 06/01/10 | | Transfer from Acct #*******0119 | Transfer In From MMA Account | 9999-000 | 15,332.90 | | 15,332.90 |
| 07/14/10 | 003003 | PATRICIA E. GRIFFITH | DEBTOR EXEMPTIONS | 8100-003 | | 1,700.00 | 13,632.90 |
| 09/14/10 | 003004 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 28.00 | 13,604.90 |
| 09/14/10 | 003005 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 2,880.12 | 10,724.78 |
| 09/14/10 | 003006 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Claim 000006, Payment 100.00000%<br>Fees 5,900.00<br>Expenses 1.28 | 3210-000<br>3220-000 | | 5,901.28 | 4,823.50 |
| 09/14/10 | 003007 | SMC c/o HSBC Bank Nevada, NA<br>Carson Pirie Scott<br>P.O. Box 19249<br>Sugar Land, TX 77496 | Claim 000001, Payment 45.80498% | 7100-000 | | 490.64 | 4,332.86 |
| 09/14/10 | 003008 | Citibank ( South Dakota ) N.A.<br>DBA: SEARS<br>POB 182149 | Claim 000002, Payment 45.80528% | 7100-000 | | 2,039.81 | 2,293.05 |
| | | | | Page Subtotals | 23,001.15 | 20,708.10 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*
LFORM24
Ver: 16.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 05-41216 -CAD | | Trustee Name: | BARRY A. CHATZ | |
|---|---|---|---|---|---|
| Case Name: | GRIFFITH, PATRICIA E | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | ******0193  BofA - Checking Account | |
| Taxpayer ID No: | ******9777 | | | | |
| For Period Ending: | 10/27/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/10 | 003009 | Capital One<br>P.O. Box 790216<br>Columbus, OH 43218 | Claim 000005, Payment 45.80512% | 7100-000 | | 2,293.05 | 0.00 |
| * 10/13/10 | 003003 | PATRICIA E. GRIFFITH<br>St. Louis, MO 63179-0216 | DEBTOR EXEMPTIONS DEBTOR DECEASED - NO HEIRS COULD BE LOCATED BY DEBTOR'S FORMER ATTORNEY - FUNDS TO BE TURNED OVER TO BANKRUPTCY COURT FOR DEBTOR'S EXEMPTION AMOUNT FROM LAWSUIT SETTLEMENT | 8100-003 | | -1,700.00 | 1,700.00 |
| 10/13/10 | 003010 | United States Bankruptcy Court | DEBTOR EXEMPTIONS DEBTOR DECEASED - NO HEIRS COULD BE LOCATED BY DEBTOR'S FORMER COUNSEL - DEBTOR'S EXEMPTION FUNDS FROM LAWSUIT SETTLEMENT TO BE TURNED OVER TO BANKRUPTCY COURT AS UNCLAIMED FUNDS | 8100-002 | | 1,700.00 | 0.00 |

|  | COLUMN TOTALS | 23,001.15 | 23,001.15 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 23,001.15 | 0.00 | |
|  | Subtotal | 0.00 | 23,001.15 | |
|  | Less: Payments to Debtors | | 1,700.00 | |
|  | Net | 0.00 | 21,301.15 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********0119 | 23,001.15 | 0.00 | 0.00 |
| BofA - Checking Account - ********0193 | 0.00 | 21,301.15 | 0.00 |
| | 23,001.15 | 21,301.15 | 0.00 |

| | Page Subtotals | 0.00 | 2,293.05 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

Case No: 05-41216 -CAD
Case Name: GRIFFITH, PATRICIA E
Taxpayer ID No: *******9777
For Period Ending: 10/27/10

Trustee Name: BARRY A. CHATZ
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0193 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

Page Subtotals    0.00    0.00

Total Funds On Hand    0.00

LFORM24  UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 16.00a